Dismissed and Memorandum Opinion filed March 11, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00099-CR

____________

 

VELMA JEAN LEMON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



On Appeal from the 177th District Court

Harris County, Texas

Trial Court Cause No. 1156767



 

M E M O R
A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court. See Tex.
R. App. P. 42.2. Because this
court has not issued an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed. We direct the
Clerk of the court to issue the mandate of the court immediately.

PER CURIAM

 

Panel consists of Justices
Frost, Boyce, and Sullivan.

Do Not Publish C Tex. R. App. P. 47.2(b).